law, since there was no express rejection of said coverage and no offer of the coverage was ever made as is required under R.C. 3937.18.

RESNICK, J., concurs in the foregoing dissenting opinion.

IN RE RESIGNATION OF UNDERWOOD.

[Cite as *In re Resignation of Underwood* (1994), 68 Ohio St.3d 1211.]
(No. 93–2551—Submitted January 5, 1994—Decided January 6, 1994.)

ON AFFIDAVIT OF RESIGNATION.

The resignation of Mell Gilbert Underwood, Jr. of New Lexington, Ohio, as an attorney, Registration No. 0021151, is accepted.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

FABER, ADMR., APPELLANT, *v.* METALWELD, INC., APPELLEE, ET AL.

[Cite as *Faber v. Metalweld, Inc.* (1994), 68 Ohio St.3d 1211.]

(No. 92–2093—Submitted December 8, 1993—Decided January 26, 1994.)

---

*Friedman, Domiano & Smith Co., L.P.A.,* and *Jeffrey H. Friedman,* for appellant.

*Law Offices of Jan A. Saurman* and *Kerry Randall–Lewis,* for appellee.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.